# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0686
Lower Tribunal No. 21-DR-123-P
_____

**Jodi Mientkiewicz, as Limited Guardian of Tara De La Torre**,
Appellant,

vs.

**Elias De La Torre, III**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Kelley Kronenberg, and Aislynn Thomas McDonald and Brittany N. Miller, for appellant.

Kreusler-Walsh, Vargas & Serafin, P.A., and Rebecca Mercier Vargas and Stephanie L. Serafin (Palm Beach Gardens); The Manz Law Firm, and David L. Manz (Marathon), for appellee.

Before SCALES, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.